UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON PHILLIP JACKSON, | Case No. 1:24-cv-01286-JLT-CDB (SS) |
| Plaintiff, | ORDER ON SECOND STIPULATION FOR EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 14) |
| Defendant. | |

Pending before the Court is Plaintiff Aaron Phillip Jackson's second stipulated request to extend the deadline to file a motion for summary judgment (here, by eight days), through and including February 28, 2025. (Doc. 14).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

1. Plaintiff shall file a motion for summary judgment by no later than **February 28, 2025**;

2. Defendant shall file its cross-motion for summary judgment and opposition no later than **30 days after** service of Plaintiff's motion, and Plaintiff shall file any optional reply brief no later than **14 days after** filing of Defendant's cross-motion. *See* (Doc. 5 at 2).

IT IS SO ORDERED.

Dated:  __February 18, 2025__                  _____

UNITED STATES MAGISTRATE JUDGE